

**FILED**

DEC 12 2019

Magistrate Judge Sidney I. Schenkier
United States District Court

INTAKE

DEC 12 2019

JUDGE GETTLEMAN

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**19 CR 869**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE HARJANI

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes**

   1a. If the answer is "Yes," list the case number, the title of the earliest filed complaint, and the assigned judge:
   **19 CR 869,** *United States v. Thomas Osadzinski*
   **Magistrate Judge Sunil R. Harjani**

   1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **n/a**

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Federal Statutes (III)**

10. List the statute of each of the offenses charged in the indictment or information.
**18 U.S.C. § 2339B(a)(1)**

*/s/ Barry Jonas*

BARRY JONAS
MELODY WELLS
TIFFANY ARDAM
Assistant United States Attorneys